FILED

2024 Mar-01  AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/JGC/BLP: March 2024
GJ#26

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.** |
| | ) | |
| **JEREMIAH DESHON KIRKLAND** | ) | |

## INDICTMENT

### COUNT ONE:  [18 U.S.C. § 922(o)]

The Grand Jury charges that:

On or about the 29th day of March, 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**JEREMIAH DESHON KIRKLAND**,

did knowingly possess a machinegun, that is, a Glock-style .40 caliber pistol modified by a "Glock switch," that is, a device designed and intended to convert a semiautomatic, Glock-type pistol into a machinegun by utilizing an extended "leg" to push the trigger bar down and out of engagement with the firing pin as the slide closes, releasing the partially retracted firing pin to travel forward and fire a cartridge, enabling automatic fire, in violation of Title 18, United States Code, Section 922(o).

**COUNT TWO:**  **[26 U.S.C. § 5861(d)]**

The Grand Jury further charges that:

On or about the 29th day of March 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**JEREMIAH DESHON KIRKLAND**,

knowingly received and possessed a firearm, that is, a Glock-style .40 caliber pistol modified by a permanently installed sear leg soldered or welded to the bottom of the slide that was designed to enable automatic fire, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## NOTICE OF FORFEITURE
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

1.     The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.     Upon conviction of the offense charged in Count One of this Indictment, in violation of 18 U.S.C. § 922(o), the defendant, **JEREMIAH DESHON KIRKLAND**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition

involved in or used in the commission of the offense, including, but not limited to, a Glock style .40 caliber pistol bearing serial number EYS490.

A TRUE BILL

*/s/Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/Electronic Signature*

_____
JOHN G. CAMP
Assistant United States Attorney

*/s/Electronic Signature*

_____
BRITTNEY L. PLYLER
Assistant United States Attorney